IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>1) LESTER OZUNA GONZALEZ, a/k/a "Lester Millones," "La L" (Counts ONE through SIX)<br><br>2) HECTOR RIVERA RESTO, a/k/a "El Cojo," "El Negro" (Counts ONE through SIX)<br><br>3) CARLOS LUIS PEREZ VEGA, a/k/a "Kay," "La K" (Counts ONE through SIX)<br><br>4) CHRISTIAN FERNANDEZ JORGE, a/k/a "Ardilla" (Counts ONE through SIX)<br><br>5) PEDRO CESAR BURGOS BERGODERES, a/k/a "Cesar," "La C" (Counts ONE through SIX)<br><br>6) FELIX A. FERNANDEZ JORGE, a/k/a "Viejo," "Tom John" (Counts ONE through SIX)<br><br>7) JOSE CHRISTIAN CABRET PACHECO, a/k/a "Vaca" (Counts ONE through SIX)<br><br>8) STEVEN PEÑA LOPEZ, a/k/a "Jampi," "Jampier" (Counts ONE through SIX)<br><br>9) ANTHONY DE LEON MELENDEZ, a/k/a "Montana," "Antonio J. de Leon Lugo" (Counts ONE through SIX)<br><br>10) JORGE JOEL FIGUEROA RIVERA, a/k/a "McDonald" (Counts ONE through SIX)<br><br>11) MARIA VICTORIA CASTRO GONZALEZ, a/k/a "La Fea" (Counts ONE through FIVE)<br><br>12) KIARA LIZ ORTIZ VELAZQUEZ, a/k/a "Kiki" (Counts ONE through FIVE)<br><br>13) JOSUE DIAZ RODRIGUEZ, a/k/a "Casco" (Counts ONE through FIVE) | CRIMINAL 19-0075CCC |

CRIMINAL 19-0075CCC                    2

14) EDWIN OTERO DIAZ, a/k/a "Chewito" (Counts ONE through SIX)

15) RAFAEL MARTINEZ TRINIDAD, a/k/a "Bebo" (Counts ONE through SIX)

16) RICARDO BURGOS IRIZARRY, a/k/a "Chino" (Counts ONE through SIX)

17) PEDRO R. DIAZ TORRES, a/k/a "Pinto" (Counts ONE through SIX)

18) ANGEL G. FERNANDEZ JORGE, a/k/a "Piu" (Counts ONE through SIX)

19) CHRISTIAN CARMONA LLANOS, a/k/a "Negro Carolina," "Domi," "Mono" (Counts ONE through SIX)

20) LUIS A. BETANCOURT PANTOJAS, a/k/a "Nazi," "Nassi" (Counts ONE through FIVE)

21) ELVIN JOSE CASTELLANO, a/k/a "Menor" (Counts ONE through SIX)

22) JOSE DE LA CRUZ VAZQUEZ, a/k/a "Oso" (Counts ONE through SIX)

23) KRIZIALISSE SANTANA GONZALEZ, a/k/a "La Galla" (Counts ONE through SIX)

24) JENA CARLOS LEBRON FALCON, a/k/a "Silencio" (Counts ONE through SIX)

25) ALEX MIGUEL RIVERA MARQUEZ, a/k/a "Alex Corolla" (Counts ONE through SIX)

26) EDWIN OTERO MARQUEZ, a/k/a "Chewi," "Mono" (Counts ONE through SIX)

27) JOSE MACHUCA BENITEZ, a/k/a "Mota" (Counts ONE through SIX)

CRIMINAL 19-0075CCC                3

28) VICTOR GARCIA BENITEZ,
a/k/a "Shadow," "El Negro"
(Counts ONE through SIX)

29) JANSES RONDON CARRILLO,
a/k/a "Janyo" (Counts ONE
through SIX)

30) SAMUEL RIVERA VALCARCEL,
a/k/a "Sammy" (Counts ONE
through SIX)

31) EMILIO SOTO MALDONADO,
a/k/a "Millo" (Counts ONE
through FIVE)

32) ALEXIS JEAN SANTIAGO,
a/k/a "Doble A" (Counts ONE
through FIVE)

33) BRYAN RAMOS MARREZO,
a/k/a "Zurdo" (Counts ONE
through SIX)

34) NILSA ORTIZ SANCHEZ,
a/k/a "Mirelis," "Mirielis," "La Rubia"
(Counts ONE through FIVE)

35) LUZ ORTIZ UBILES, a/k/a "Mayra"
(Counts ONE through FIVE)

Defendants

## ORDER

The parties are advised that the defendants are divided into the following groups, and lead counsels for each group are designated as follows:

**GROUP A -** composed by the following defendants:

[1] Lester Ozuna González
[2] Héctor Rivera Resto
[3] Carlos Luis Pérez Vega
[4] Christian Fernández Jorge
[5] Pedro César Burgos Bergoderes
[14] Edwin Otero Díaz
[7] José Christian Cabret Pacheco
[9] Anthony de León Meléndez
[10] Jorge Joel Figueroa Rivera
[12] Kiara Liz Ortiz Velázquez

LEAD COUNSEL: Anita Hill Adames, Esq.

CRIMINAL 19-0075CCC			4

**GROUP B -** composed by the following defendants:

[15] Rafael Martínez Trinidad
[16] Ricardo Burgos Irizarry
[17] Pedro R. Díaz Torres
[18] Angel G. Fernández Jorge
[20] Luis A. Betancourt Pantojas
[22] José de la Cruz Vázquez
[23] Krizialisse Santana González
[24] Jean Carlos Lebrón Falcón
[25] Alex Miguel Rivera Márquez

LEAD COUNSEL:  Antonio L. Bisbal Bultrón, Esq.

**GROUP C -** composed by the following defendants:

[26] Edwin Otero Márquez
[27] José Machuca Benítez
[28] Víctor García Benítez
[29] Janses Rondón Carrillo
[30] Samuel Rivera Valcárcel
[31] Emilio Soto Maldonado
[32] Alexis Jean Santiago
[33] Bryan Ramos Marrero
[34] Nilsa Ortiz Sánchez
[35] Luz Ortiz Ubiles

LEAD COUNSEL:  Miguel Oppenheimer, Esq.

**GROUP D -** composed by the following defendants:

[6] Félix A. Fernández Jorge
[8] Steven Peña López
[11] María Victoria Castro González
[13] Josué Díaz Rodríguez
[19] Christian Carmona Llanos
[21] Elvin José Castellano

All pretrial or change of plea motions, as to ALL DEFENDANTS, are due by **DECEMBER 27, 2019**.  A status conference for GROUP A is SET for **JANUARY 9, 2020** at **3:30 PM** and for GROUP B on **JANUARY 9, 2020** at **3:45 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on December 5, 2019.

S/CARMEN CONSUELO CEREZO
United States District Judge